UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
MATTHEW DENNIS and IVELISSE DENNIS,

        Plaintiffs,

 -against-

BAYER PHARMACEUTICALS CORPORATION, et al.

        Defendants.
--------------------------------------------------------------- x

**ORDER ADOPTING REPORT AND RECOMMENDATION**

10-CV-82 (SLT)(VVP)

**TOWNES, United States District Judge:**

On July 9, 2010, United States Magistrate Judge Viktor V. Pohorelsky issued a Report & Recommendation ("R&R") recommending that this case be dismissed with prejudice, and there have been no objections filed by the plaintiffs. A district court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nonetheless, when no objections are filed, many courts seek to satisfy themselves "that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee note (1983 Addition); *see also Edwards v. Town of Huntington*, No. 05-CV-339, 2007 WL 2027913, at *2 (E.D.N.Y. July 11, 2007). Although not required to do so, this Court has reviewed the record and is satisfied that there is no clear error. Accordingly, this Court hereby adopts Magistrate Judge Pohorelsky's R&R in its entirety.

Accordingly, this Court accepts and adopts Magistrate Judge Pohorelsky's Report and Recommendation dated July 9, 2010 in its entirety as the opinion of this Court. *See* 28 U.S.C. § 636(b)(1). The complaint is dismissed with prejudice and the Clerk of Court is directed to close this case.

**SO ORDERED.**

s/ SLT

SANDRA L. TOWNES
United States District Judge

Dated: August 9, 2010
Brooklyn, New York

2